LUCY DYLNIKI, an Infant, by HUGO DYLNIKI, Her Guardian ad Litem, Respondent, v. JOHN R. DOSCHER and HENRY C. DOSCHER, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.